**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-7235**

---

JAMES A. BUTLER,

                                         Petitioner - Appellant,

     versus

V. JOHNSON; T. S. MILLER; R. COSGROVE; L.
LONG; K. COX; K. H. HAWKS; J. E. GUNJA,
Warden,

                                       Respondents - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, Senior District
Judge.  (CA-01-2345-WMN)

---

Submitted:  January 31, 2003       Decided:  March 6, 2003

---

Before WILKINS, Chief Judge, MICHAEL, Circuit Judge, and HAMILTON,
Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

James A. Butler, Appellant Pro Se.  Thomas Michael DiBiagio, United
States Attorney, Nadira Clark, Special Assistant United States
Attorney, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James A. Butler appeals the district court's order denying relief on his complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of the Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Butler v. Johnson</u>, No. CA-01-2345-WMN (D. Md. June 10, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>